SHAWN D. HAGERTY, Bar No. 182435
shawn.hagerty@bbklaw.com
GREGG W. KETTLES, Bar No. 170640
gregg.kettles@bbklaw.com
ANYA KWAN, Bar No. 333854
anya.kwan@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Telephone:     (213) 617-8100
Facsimile:     (213) 617-7480

Attorneys for Defendant
CITY OF EUREKA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF EUREKA, a municipal corporation,<br><br>            Defendant. | Case No. 4:22-cv-01459-JST<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO MODIFY THE CONSENT DECREE**<br><br>Date:          December 12, 2024<br>Time:         2:00 p.m.<br>Courtroom:  6<br>Judge:       Honorable Jon S. Tigar<br><br>Trial Date:    Vacated<br>Action Filed:  March 8, 2022 |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

Pursuant to Federal Rules of Evidence, Rule 201, Defendant City of Eureka ("City") hereby requests the Court to take judicial notice of the following documents in support of its Motion to Amend the Consent Decree:

1.      *Waste Discharge Requirements for the City of Eureka Elk River Wastewater Treatment Plant Humboldt County*, National Pollutant Discharge Elimination System Permit No. CA0024449, California Regional Water Quality Control Board, North Coast Region Order No. R1-2016-0001 as adopted on June 16, 2016 ("2016 NPDES Permit"). The 2016 NPDES Permit is available at https://www.waterboards.ca.gov/northcoast/board_decisions/adopted_orders/pdf/2016/160616_0001_Eureka_Elk_River_WWTP_NPDES.pdf and was last accessed by Anya Kwan on September 25, 2024.  A true and correct copy of this document is attached to the Declaration of Anya Kwan ("Kwan Decl.") ¶2, Ex. A.

2.      California Regional Water Quality Control Board, North Coast Region *Cease and Desist Order* No. R1-2016-0012 as adopted on June 16, 2016 ("2016 CDO"), as subsequently amended on June 29, 2020 by Order R1-2020-0020 ("CDO").  The CDO is available at https://www.waterboards.ca.gov/northcoast/board_decisions/adopted_orders/pdf/2020/20_0020_Eureka%20CDO%20Modification.pdf and was last accessed by Anya Kwan on September 25, 2024.  A true and correct copy of this document is attached to the Kwan Decl. ¶3, Ex. B.

3.      First Amended Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief, filed April 8, 2024, in the lawsuit pending in the Sacramento County Superior Court, styled as *Humboldt Waterkeeper, et al. v. North Coast Regional Water Quality Control Board, et al.* (Case No. 24WM00044) ("Writ Petition").  A true and correct copy of this document is attached to the Kwan Decl. ¶8, Ex. C.

4.      *Waste Discharge Requirements for the City of Eureka Elk River Wastewater Treatment Plant Humboldt County*, National Pollutant Discharge Elimination System Permit No. CA0024449, California Regional Water Quality Control Board, North Coast Region Order No. R1-2023-0016 as adopted on October 5, 2023 ("2023 NPDES Permit").  The 2023 NPDES Permit is available at

Best Best & Krieger LLP
Attorneys at Law
300 South Grand Avenue, 25th Floor
Los Angeles, California 90071

4:22-CV-01459-JST
REQUEST FOR JUDICIAL NOTICE ISO
MOTION TO MODIFY CONSENT DECREE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

1   https://www.waterboards.ca.gov/northcoast/board_decisions/adopted_orders/pdf/2023/23_0016_

2   NPDES.pdf and was last accessed by Anya Kwan on September 11, 2024.  A true and correct

3   copy of this document is attached to the Kwan Decl. ¶5, Ex. D.

4          5.      Regional Water Quality Control Board, North Coast Region Staff Summary

5   Report from October 5, 2023 which is available at

6   https://www.waterboards.ca.gov/northcoast/board_info/board_meetings/10_2023/pdf/4/eureka-

7   ssr-oct2023.pdf and was last accessed by Anya Kwan on September 25, 2024.  A true and correct

8   copy of this document is attached to the Kwan Decl. ¶4, Ex. E.

9          6.      Rescission Order No. R1-2023-0021, Rescission of Cease and Desist Order No.

10  R1-2016-0012, as subsequently amended by Order R1-2020-002 as adopted on December 18,

11  2023.  The Rescission Order is available at

12  https://www.waterboards.ca.gov/northcoast/board_decisions/adopted_orders/pdf/2023/R1-2023-

13  0021.pdf and was last accessed by Anya Kwan on September 11, 2024.  A true and correct copy

14  of this document is attached to the Kwan Decl. ¶6, Ex. F.

15         7.      Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief,

16  filed March 1, 2024, in the lawsuit pending in the Sacramento County Superior Court, styled as

17  *Humboldt Waterkeeper, et al. v. North Coast Regional Water Quality Control Board, et al.* (Case

18  No. 24WM00044).  A true and correct copy of this document is attached to the Kwan Decl. ¶7,

19  Ex. G.

20         Judicial notice is appropriate pursuant to Federal Rule of Evidence 201(b), which provides

21  that the Court may notice a fact that is not subject to reasonable dispute because it "can be

22  accurately and readily determined from sources whose accuracy cannot reasonably be

23  questioned."  Judicial notice may be taken of court filings and other matters of public record.

24  *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746, fn. 6 (9th Cir. 2006) (citing

25  *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir.

26  1998)).

27         Items 1, 2, 4 and 6 are orders issued by the Regional Water Quality Control Board

28  ("Regional Board") that are available online whose accuracy cannot be reasonably questioned.

1  Items 3 and 7 are public records on file with the state courts whose accuracy cannot reasonably be

2  questioned.  Item 5 is a summary report from Regional Board staff that is available online whose

3  accuracy cannot reasonably disputed because the Summary Report was drafted by representatives

4  of a public entity and is issued on the official letterhead of the Regional Water Board.  The City

5  respectfully requests that the Court take judicial notice of these matters in considering its Motion

6  to Amend the Consent Decree.

7

8  Dated: October 4, 2024                                    BEST BEST & KRIEGER LLP

9                                                                        By:/s/ Anya Kwan
                                                                               GREGG W. KETTLES
10                                                                            SHAWN D. HAGERTY
                                                                               ANYA KWAN
11                                                                            Attorneys for Defendant
                                                                               CITY OF EUREKA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4:22-CV-01459-JST
REQUEST FOR JUDICIAL NOTICE ISO
MOTION TO MODIFY CONSENT DECREE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071