1  SHAWN D. HAGERTY, Bar No. 182435
   shawn.hagerty@bbklaw.com
2  GREGG W. KETTLES, Bar No. 170640
   gregg.kettles@bbklaw.com
3  ANYA KWAN, Bar No. 333854
   anya.kwan@bbklaw.com
4  BEST BEST & KRIEGER LLP
   300 South Grand Avenue
5  25th Floor
   Los Angeles, California  90071
6  Telephone:    (213) 617-8100
   Facsimile:    (213) 617-7480
7
   Attorneys for Defendant
8  CITY OF EUREKA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EUREKA, a municipal corporation,<br><br>Defendant. | Case No. 4:22-cv-01459-JST<br><br>**DECLARATION OF GREGG KETTLES IN SUPPORT OF DEFENDANT CITY OF EUREKA'S MOTION TO MODIFY THE CONSENT DECREE**<br><br>Date:          December 12, 2024<br>Time:          2:00 p.m.<br>Courtroom:  6<br>Judge:         Honorable Jon S. Tigar<br><br>Trial Date:    Vacated<br>Action Filed: March 8, 2022 |

I, Gregg Kettles, declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am a Partner with Best Best & Krieger LLP, counsel of record for the Defendant City of Eureka ("City") in the above-captioned case. I am submitting this declaration in support of the City of Eureka's Motion to Modify Consent Decree. The following is true and correct to the best of my knowledge, and if called upon to do so, I could and would testify competently thereto in a court of law.

2. I have been representing public agencies in litigation matters for over ten years. At least 10 of those litigation matters have been cases filed in California Superior Courts by a plaintiff/petitioner challenging public agency action and seeking a writ of mandate under California Code of Civil Procedure section 1085 or 1094.5 to overturn it ("Writ Cases"). Based on my experience, Writ Cases typically take at least a year or more to get to judgment after the service of the final operative complaint/petition.

3. I handle appeals in my practice. I am a Certified Appellate Specialist by the State Bar of California Board of Legal Specialization. I have participated in more than 40 appeals since I became a licensed attorney. More than 30 of those appeals have been before the California Court of Appeal. A party has filed a petition for review of the Court of Appeal decision with the California Supreme Court in some of those cases. Based on my experience, appeals typically take about two years, from the time judgment is entered until the Court of Appeal renders a decision and it becomes final. A subsequent petition for review with the California Supreme Court typically takes about two months if the petition is denied, from the time the Court of Appeal decision becomes final and the petition is denied.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2024.

_____
Gregg W. Kettles